FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 0 4 2006      LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RALPH BLAISDELL and LYNN
BLAISDELL, husband and wife,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

NO. **C 06-1439** TCC

King County Superior Court
Cause No. 06-2-29180-8 KNT

**VERIFICATION OF STATE
COURT RECORDS**

### VERIFICATION

The undersigned hereby declares the following:

1. The undersigned are counsel of record for Defendants City of Seattle and Officer Ron Smith.

2. Pursuant to CR 101(b), attached are true and correct copies of all records and proceedings in the Superior Court of King County, Washington in the above-entitled action, Cause No. 06-2-29180-8 KNT:



06-CV-01439-MISC

VERIFICATION OF STATE
COURT RECORDS- 1
3019-28332  114251

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885

| Exhibit | Document |
|---------|----------|
| 1 | Case Information Cover Sheet<br>Case Assignment Designation<br>Plaintiffs' Summons and Complaint for Damages |
| 2 | Order Setting Civil Case Schedule |
| 3 | Affidavit of Service of Summons and Complaint<br>Defendant City of Seattle |
| 4 | Affidavit of Service of Summons and Complaint<br>Officer Ron Smith |
| 5 | Notice of Appearance<br>Defendant City of Seattle |
| 6 | Confirmation of Service |
| 7 | Notice of Appearance<br>Defendant Officer Ron Smith |
| 8 | King County Superior Court Docket<br>06-2-29180-8 KNT |

DATED this 3rd day of October, 2006 at Seattle, Washington.

STAFFORD FREY COOPER
*Professional Corporation*

By: _____
    Stephen P. Larson, WSBA #4959
    Tobin E. Dale, WSBA #29595
    Attorneys for Defendants City of Seattle and
    Officer Ron Smith

VERIFICATION OF STATE
COURT RECORDS- 2
3019-28032  114251

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885

1

Certificate of Service

2
3

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **VERIFICATION OF STATE COURT RECORDS** on the following individuals:

4
5
6
7

Robert C. Van Siclen, WSBA #4417
John S. Stocks, WSBA #21165
Van Siclen, Stocks & Firkins
721 – 45th Street N.E.
Auburn, WA 98002-1381
253/859-8899
FAX: 866/947-4560
E-MAIL: **rvansiclen@vansiclen.com**

8

*Attorneys for Plaintiffs*

9
10

[ ] Via Facsimile
[ ] Via First Class Mail
[X] Via Messenger

11
12

DATED this 4th day of October, 2006, at Seattle, Washington.

13

*Dori M. Mashburn*

14
15

Dori M. Mashburn
Paralegal to Stephen Larson, Anne
Bremner and Ted Buck

16
17
18
19
20
21
22
23

VERIFICATION OF STATE
COURT RECORDS- 3
3019-28332 114251

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**Exhibit 1**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

RECEIVED

06 SEP 18 AM 10: 17

CITY OF SEATTLE
MAYOR'S OFFICE

CONFORM RECEIVED
KING COUNTY, WASHINGTON

RETURN SEP - 6 2006

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT DESIGNATION**
**and**
**CASE INFORMATION COVER SHEET**
**(cics)**

In accordance with LR82(e), a faulty document fee of $15 will be assessed to new case filings missing this sheet pursuant to King County Code 4.71.100.

06-2-29180-8 KNT

CASE NUMBER: _Unassigned_

CASE CAPTION: _Blaisdell vs. R Smith, et al._

I certify that this case meets the case assignment criteria, described in King County LR 82(e), for the:

_____ **Seattle Area**, defined as:

> All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

_X_ **Kent Area**, defined as:

> All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

---
Signature of Petitioner/Plaintiff

or

---
Signature of Attorney for
Petitioner/Plaintiff

_21165_
WSBA Number

---
Date

_9-1-6_
Date

COPY

KING COUNTY SUPERIOR COURT
CASE ASSIGNMENT DESIGNATION
and
CASE INFORMATION COVER SHEET

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time but helps in forecasting judicial resources. A faulty document fee of $15 will be assessed to new case filings missing this sheet pursuant to Administrative Rule 2 and King County Code 4.71.100.

**APPEAL/REVIEW**

- [ ] Administrative Law Review (ALR 2)*
- [ ] DOL Implied Consent—Test Refusal –only RCW 46.20.308 (DOL 2)*
- [ ] DOL- all other appeals (ALR 2) *

**CONTRACT/COMMERCIAL**

- [ ] Breach of Contract (COM 2)*
- [ ] Commercial Contract (COM 2)*
- [ ] Commercial Non-Contract (COL 2)*
- [ ] Meretricious Relationship (MER 2)*
- [ ] Third Party Collection (COL 2)*

**DOMESTIC RELATIONS**

- [ ] Annulment/Invalidity (INV3)*
  with dependent children? Y / N; wife pregnant? Y / N
- [ ] Child Custody (CUS 3)*
- [ ] Nonparental Custody (CUS 3)*
- [ ] Dissolution With Children (DIC 3)*
- [ ] Dissolution With No Children (DIN 3)*
  wife pregnant? Y / N
- [ ] Enforcement/Show Cause- Out of County (MSC 3)
- [ ] Establish Residential Sched/Parenting Plan(PPS 3)* ££
- [ ] Establish Supprt Only (PPS 3)* ££
- [ ] Legal Separation (SEP 3)*
  with dependent children? Y / N; wife pregnant? Y / N
- [ ] Mandatory Wage Assignment (MWA 3)
- [ ] Modification (MOD 3)*
- [ ] Modification - Support Only (MDS 3)*
- [ ] Out-of-state Custody Order Registration (FJU 3)
- [ ] Out-of-State Support Court Order Registration (FJU 3)
- [ ] Reciprocal, Respondent Out of County (ROC 3)
- [ ] Reciprocal, Respondent in County (RIC 3)
- [ ] Relocation Objection/Modification (MOD 3)*

**ADOPTION/PATERNITY**

- [ ] Adoption (ADP 5)
- [ ] Challenge to Acknowledgment of Paternity (PAT 5)*
- [ ] Challenge to Denial of Paternity (PAT 5)*
- [ ] Confidential Intermediary (MSC 5)
- [ ] Establish Parenting Plan-Existing King County Paternity (MSC 5)*
- [ ] Initial Pre-Placement Report (PPR 5)
- [ ] Modification (MOD 5)*
- [ ] Modification-Support Only (MDS 5)*
- [ ] Paternity, Establish/Disestablish  (PAT 5)*
- [ ] Paternity/UIFSA (PUR 5)*
- [ ] Out-of-State Custody Order Registration  (FJU 5)
- [ ] Out-of-State Support Order Registration (FJU5)
- [ ] Relinquishment (REL 5)
- [ ] Relocation Objection/Modification (MOD 5)*
- [ ] Rescission of Acknowledgment of Paternity (PAT 5)*
- [ ] Rescission of Denial of Paternity (PAT 5)*
- [ ] Termination of Parent-Child Relationship (TER 5)

**DOMESTIC VIOLENCE/ANTIHARASSMENT**

- [ ] Civil Harassment (HAR 2)
- [ ] Confidential Name Change (CHN 5)
- [ ] Domestic Violence (DVP 2)
- [ ] Domestic Violence with Children (DVC 2)
- [ ] Foreign Protection Order (FPO 2)
- [ ] Vulnerable Adult Protection (VAP 2)

££ Paternity Affidavit or Existing/Paternity is not an issue and NO other case exists in King County* The filing party will be given an appropriate case schedule.      ** Case schedule will be issued after hearing and findings.

KING COUNTY SUPERIOR COURT
CASE ASSIGNMENT DESIGNATION
**and**
CASE INFORMATION COVER SHEET

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time but helps in forecasting judicial resources. A faulty document fee of $15 will be assessed to new case filings missing this sheet pursuant to Administrative Rule 2 and King County Code 4.71.100.

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*
☐ Foreclosure (FOR 2)*
☐ Land Use Petition (LUP 2)*
☐ Property Fairness (PFA 2)*
☐ Quiet Title (QTI 2)*
☐ Unlawful Detainer (UND 2)

**JUDGMENT**

☐ Confession of Judgment (MSC 2)*
☐ Judgment, Another County, Abstract (ABJ 2)
☐ Judgment, Another State or Country (FJU 2)
☐ Tax Warrant (TAX 2)
☐ Transcript of Judgment (TRJ 2)

**OTHER COMPLAINT/PETITION**

☐ Action to Compel/Confirm Private Binding Arbitration (MSC 2)
☐ Certificate of Rehabilitation (MSC 2)
☐ Change of Name (CHN 2)
☐ Deposit of Surplus Funds (MSC 2)
☐ Emancipation of Minor (EOM 2)
☐ Frivolous Claim of Lien (MSC 2)
☐ Injunction (INJ 2)*
☐ Interpleader (MSC 2)
☐ Malicious Harassment (MHA 2)*
☐ Non-Judicial Filing (MSC 2)
☐ Other Complaint/Petition(MSC 2)*
☐ Seizure of Property from the Commission of a Crime (SPC 2)*
☐ Seizure of Property Resulting from a Crime (SPR 2)*
☐ Structured Settlements (MSC 2)*
☐ Subpoena (MSC 2)

**PROBATE/GUARDIANSHIP**

☐ Absentee (ABS 4)
☐ Disclaimer (DSC4)
☐ Estate (EST 4)
☐ Foreign Will (FNW 4)
☐ Guardian (GDN4)
☐ Limited Guardianship (LGD 4)
☐ Minor Settlement (MST 4)
☐ Notice to Creditors – Only (NNC 4)
☐ Trust (TRS 4)
☐ Trust Estate Dispute Resolution Act/POA (TDR 4)
☐ Will Only—Deceased (WLL4)

**TORT, MEDICAL MALPRACTICE**

☐ Hospital (MED 2)*
☐ Medical Doctor (MED 2)*
☐ Other Health Care Professional (MED 2)*

**TORT, MOTOR VEHICLE**

☐ Death (TMV 2)*
☐ Non-Death Injuries (TMV 2)*
☐ Property Damage Only (TMV 2)*

**TORT, NON-MOTOR VEHICLE**

☐ Asbestos (PIN 2)**
☐ Implants (PIN 2)
☐ Other Malpractice (MAL 2)*
☐ Personal Injury (PIN 2)*
☐ Products Liability (TTO 2)*
☐ Property Damage (PRP 2)*
☐ Wrongful Death (WDE 2)*
☑ Tort, Other (TTO 2)*

**WRIT**

☐ Habeas Corpus (WHC 2)
☐ Mandamus (WRM 2)**
☐ Review (WRV 2)**

* The filing party will be given an appropriate case schedule. ** Case schedule will be issued after hearing and findings.

L: forms/cashiers/cics
Rev 01/05

3

RECEIVED

06 SEP 18 AM 10: 17

CITY OF SEATTLE
MAYOR'S OFFICE

RECEIVED
KING COUNTY, WASHINGTON

SEP -6 2006

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

IN THE SUPERIOR COURT IN AND FOR THE STATE OF WASHINGTON
FOR KING COUNTY

RALPH J. BLAISDELL and LYNN M.
BLAISDELL, husband and wife,

               Plaintiffs,

Vs.

R. SMITH (whose true Christian name is
currently unknown), and JANE DOE SMITH
(whose true Christian name is currently
unknown, husband and wife and the marital
community thereof composed); and CITY OF
SEATTLE, A Municipal Corporation.

               Defendants.

No. **06-2-29180-8 KNT**

COMPLAINT FOR DAMAGES –
POLICE MISCONDUCT

## I.   INTRODUCTION

1.1    This is an action at law to redress the deprivation under color of statute, ordinance, regulation, custom or usage of a right, privilege, and immunity secured to Plaintiffs by the 1st and 14th Amendments to the Constitution of the United States, 42 U.S.C § 1983, 42 U.S.C. § 1985, and arising under the law and statutes of the State of Washington.

1.2    During all times mentioned in this Complaint, Plaintiffs were and are husband and wife and citizens of the United States, and they resided, and now reside, in the City of Auburn, State of Washington.



COMPLAINT FOR DAMAGES
Page 1
F:\clients\blaisdell\Complaint.030906

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899 FAX (866) 947-4652

1.3     During all times mentioned in this Complaint, Defendant R. Smith, whose true Christian name is currently unknown but whose name, when fully ascertained, will be placed in the caption of this Complaint was employed as a police officer by the City of Seattle and was acting under the color of his official capacity and his actions were performed under color of the statutes and ordinances of the City of Seattle and State of Washington.

1.4     During all times mentioned in this Complaint, Defendant R. Smith was acting pursuant to orders and directives from his employer, the City of Seattle's Municipal Police Department.

1.5     During all times mentioned herein, the Defendant, City of Seattle, was a municipal corporation of the State of Washington and was the employer of Defendant R. Smith.   The City of Seattle provided Defendant R. Smith with an official badge and identification card which designated and described its bearer as a police officer of the said City's police department.  The City of Seattle is the municipal corporation in whose name R. Smith performed all acts and omissions alleged herein.

1.6     The actions of R. Smith were taken for and on behalf of his employer, the City of Seattle, and for and on behalf of himself individually and of his marital community.

## II.     FACTUAL ALLEGATIONS

2.1     On the 8th day of January, 2005, at the Seahawks' football game being conducted that day at Qwest Field, the Plaintiff was seated in section 124, row A, seat 5, watching said football game.

2.2     The game ended with a defeat being experienced by the Seahawks football team.

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899  FAX (866) 947-4652

2.3    A spectator, not the Plaintiff, nor any other person in Plaintiff's immediate vicinity threw a paper cup from the spectators' stands onto the floor of the stadium.

2.4    At said time and location, Defendant R. Smith, in his capacity as a police officer in the City of Seattle and wearing the uniform of its police department, without provocation or legal cause, then and there approached, in a belligerent and assaultive manner, the Plaintiff, Ralph J. Blaisdell, apparently on the mistaken assumption that Ralph Blaisdell had thrown the cup onto the floor of the stadium.

2.5    At said time and location, Defendant R. Smith, in his capacity as a police officer of the City of Seattle, without provocation or legal cause did then and there grab the Plaintiff's sweatshirt with both hands, forcibly pulling the Plaintiff's face to within inches of Defendant Smith's face yelling the words: "Do you want to go." "You want to take a swing at me." "Come on, do you want to go?"

2.6    Plaintiff Ralph Blaisdell offered no resistance to the officer other than to request that he be left alone. Defendant Smith thereupon began pulling at the Plaintiff to pull him over the spectator's wall onto the stadium floor at which point other spectators and fans began to pull Plaintiff back and away from Smith. Defendant Smith's actions caused the destruction of certain personal property belonging to the Plaintiff in said confrontation and he ultimately pulled the Plaintiff from his seat in the spectator's section of the stadium onto the stadium floor at which point the Defendants placed Plaintiff under arrest. Without cause.

2.7    Defendants thereupon took the Plaintiff to a locked room located within the Qwest Stadium, at all times from the initial arrest until he was placed in the locked room, being manacled with handcuffs.

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45ᵗʰ Street NE
Auburn, WA 98002-1381
(253) 859-8899 FAX (866) 947-4652

2.8     Prior to being placed in the locked room, but after being taken from the stadium, Defendant Smith struck the Plaintiff in the face with a megaphone belonging to the Plaintiff.

2.9     The Plaintiff was unlawfully and illegally imprisoned in the locked room, handcuffed and in severe pain from injuries inflicted upon him by Defendant R. Smith for a period of time approximating one hour.

2.10    Throughout the period of imprisonment, the Plaintiff was never brought before a judge, court or magistrate; was never charged with a crime; was never able to make bail, post a bond, or be released on his own recognizance, was not informed of his right to the advice of an attorney, was not permitted to use a telephone call to contact his attorney, his family or his friends and therefore was unable to inform them of his whereabouts, the circumstances of his imprisonment and thereby also to obtain counsel and advice.

2.11    Instead, Plaintiff was arrested, detained and imprisoned by Defendant R. Smith on the purported justification that he had been arrested and was being held for "investigation," by which terminology the Defendant meant that he was not being held to answer to a charge of a violation of a statute or ordinance, but instead was being held without legal charge for the purpose of being investigated and interrogated. At the conclusion of the one hour imprisonment, Plaintiff was released from custody by the Defendants. Plaintiff was not then charged with a crime or violation of ordinance, nor has he ever subsequently been so charged.

COMPLAINT FOR DAMAGES
Page 4
F:\clients\blaisdell\Complaint.030906

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899 FAX (866) 947-4652

2.12   Defendant, R. Smith acted outside the scope of his jurisdiction without authorization of law, acted willfully, knowingly, and purposefully with the specific intent top deprive Plaintiff Ralph Blaisdell of his right to:

A.   Peaceable assembly and association;
B.   Petition the government for redress of grievances;
C.   Freedom from illegal seizure of his person, papers and affects;
D.   Freedom from unlawful arrest without evidence in support thereof;
E.   Freedom from illegal detention and imprisonment;
F.   Freedom from physical abuse, coercion and intimidation;
G.   Release on his own recognizance or reasonable bail;
H.   The timely and effective assistance and advice of counsel;
I.   A fair trial.

All of these rights are secured to Plaintiff by the provisions of the First Amendment and the due process clause of the Fifth and Fourteenth Amendments to the Constitution of the United States, and by title 42 U.S.C. § 1983 and 1985 and by title 18 U.S.C. § 245.

### III. CLAIMS

3.1   Plaintiff hereby realleges the contents of paragraphs I and II above and incorporates them herein by this reference.

3.2   Assault and Battery.  The above actions give rise to Plaintiff's claims for assault and battery.  Defendants are liable for assaulting and battering Plaintiff.

3.3   Negligence.  The City of Seattle is liable for negligently, recklessly or willfully retaining Officer Smith, knowing his likelihood to commit wrongful acts against civilians; failing to promulgate sufficient rules and standards; failing to properly discipline and failing to establish proper practices and procedures to determine psychological fitness for duty, including negligent supervision, hiring and retetention.

COMPLAINT FOR DAMAGES
Page 5
F:\clients\blaisdell\Complaint.030906

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899 FAX (866) 947-4652

3.4    Outrageous conduct/misconduct. Defendants' actions constituted intentional or negligent infliction of emotional distress; extreme and outrageous conduct; and official misconduct under RCW 9A.80.010.

The above facts give rise to claims for assault, false imprisonment, false arrest, police misconduct and brutality, intentional, reckless or negligent infliction of emotional distress, the tort of outrage, violations of 42 U.S.C. Section 1983.

## IV.   DAMAGES

4.1    As a direct and proximate result of the aforesaid acts of the Defendants, and each of them, Plaintiff suffered great bodily pain and injury and mental anguish, from then and until now, and he will continue so to suffer in the future; and he has lost and will lose in the future certain sums of money by way lost employment opportunities.

4.2    In addition to the foregoing damages, and as a direct and proximate result of the acts of the Defendants, and each of them, the Plaintiff required medical care and treatment, said costs to be proven at trial; that Plaintiff suffered damages to his property in the course of his arrest in such sums of money as will be established and proven at the time of trial.

4.3    The Plaintiff is entitled to recover punitive damages and reasonable attorney's fees.

WHEREFORE, Plaintiff prays for judgment  against the Defendants and each of them, jointly and severally, as follows:

1.    For recovery of medical expenses; and

COMPLAINT FOR DAMAGES
Page 6
F:\clients\blaisdell\Complaint.030906

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899 FAX (866) 947-4652

2.      For recovery of damages incurred in the loss or destruction of personal property, in such sums of money as will be established and proven at the time of trial; and

3.      For recovery of general damages for pain and suffering, humiliation and similarly situated non-economic damages in such sums of money as will be established and proven at the time of trial herein; and

4.      For recovery of all economic damages as will be more fully established and proven at the time of trial; and

5.      For recovery of punitive damages as may be awarded by the court; and

6.      For recovery of all reasonable attorney's fees and costs of litigation; and

7.      For such other and further relief as to the court seems just and equitable in the premises.

DATED and signed in Auburn, Washington this ___ day of _____, 2006.

VAN SICLEN, STOCKS & FIRKINS

John S. Stocks, WSBA #21165
Robert C. Van Siclen, WSBA #4417
Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES
Page 7
F:\clients\blaisdell\Complaint.030906

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899  FAX (866) 947-4652

## VERIFICATION

STATE OF WASHINGTON      )
                         : ss.
COUNTY OF KING           )

Ralph J. Blaisdell, being first duly sworn upon oath, deposes and states as follows:

That I am one of the plaintiffs above-named, that I have read the foregoing Complaint

and believe the same to be true and correct to the best of my knowledge and belief.

_Ralph J Blaisdell_
Ralph J. Blaisdell

SUBSCRIBED AND SWORN to before me this _1_ day of _September_, 2006.

_Jennifer L. Hamblen_
Notary Public in and for the State of WA
Residing at: _Kinney Lake_, WA
My Commission Expires: _12-6-9_

COMPLAINT FOR DAMAGES
Page 8
F:\clients\blaisdell\Complaint.030906

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899 FAX (866) 947-4652

**Exhibit 2**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

RECEIVED

06 SEP 18 AM 10: 17

CITY OF SEATTLE
MAYOR'S OFFICE



# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

| BLAISDELL | | NO. 06-2-29180-8   KNT |
|---|---|---|
| | | Order Setting Civil Case Schedule (*ORSCS) |
| | Plaintiff(s) | |
| VS | | |
| SMITH, CITY OF SEATTLE | | ASSIGNED JUDGE  Heavey _____ 20 |
| | | FILE DATE:                     09/06/2006 |
| | Defendant(s) | TRIAL DATE:                 02/25/2008 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I. NOTICES

**NOTICE TO PLAINTIFF:** The Plaintiff may serve a copy of this **Order Setting Case Schedule** (*Schedule*) on the Defendant(s) along with the *Summons and Complaint/Petition*. Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the *Summons and Complaint/Petition* or (2) service of the Defendant's first response to the *Complaint/Petition*, whether that response is a *Notice of Appearance*, a response, or a Civil Rule 12 (CR 12) motion. The *Schedule* may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

*"I understand that I am required to give a copy of these documents to all parties in this case."*

_____ | _____

Print Name                                          Sign Name

## I. NOTICES (continued)

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLR*] -- especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLR 26*], and for meeting the discovery cutoff date [*See KCLR 37(g)*].

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD PARTY COMPLAINTS:**
A filing fee of **$200** must be paid when any answer that includes additional claims is filed in an existing case.

**SHOW CAUSE HEARINGS FOR <u>CIVIL</u> CASES [King County Local Rule 4(g)]**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. A review of the case will be undertaken to confirm service of the original complaint and to verify that all answers to claims, counterclaims and cross-claims have been filed. If those mandatory pleadings are not in the file, a *Show Cause Hearing* will be set before the Chief Civil or RJC judge. The Order to Show Cause will be mailed to all parties and designated parties or counsel are required to attend.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $220 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $250 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
All parties will be assessed a fee authorized by King County Code 4.71.050 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Rule 41.

**King County Local Rules are available for viewing at www.metrokc.gov/kcscc.**

## II. CASE SCHEDULE

| CASE EVENT | DEADLINE or EVENT DATE | Filing Needed |
|---|---|---|
| Case Filed and Schedule Issued. | Wed 09/06/2006 | ★ |
| Confirmation of Service [See KCLR 4.1]. | Wed 10/04/2006 | ★ |
| Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR 2.1(a) and Notices on Page 2]. **$220 arbitration fee must be paid** | Wed 02/14/2007 | ★ |
| DEADLINE to file Confirmation of Joinder if not subject to Arbitration. [See KCLR 4.2(a) and Notices on Page 2]. **Show Cause hearing will be set if Confirmation is not filed, or if the Confirmation does not have all signatures, or if all answers have not been filed, or judgment on default has not been filed, or Box 2 is checked.** | Wed 02/14/2007 | ★ |
| DEADLINE for Hearing Motions to Change Case Assignment Area. [See KCLR 82(e)] | Wed 02/28/2007 | |
| DEADLINE for Disclosure of Possible Primary Witnesses [See KCLR 26(b)]. | Mon 09/24/2007 | |
| DEADLINE for Disclosure of Possible Additional Witnesses [See KCLR 26(b)]. | Mon 11/05/2007 | |
| DEADLINE for Jury Demand [See KCLR 38(b)(2)]. | Mon 11/19/2007 | ★ |
| DEADLINE for Setting Motion for a Change in Trial Date [See KCLR 40(e)(2)]. | Mon 11/19/2007 | ★ |
| DEADLINE for Discovery Cutoff [See KCLR 37(g)]. | Mon 01/07/2008 | |
| DEADLINE for Engaging in Alternative Dispute Resolution [See KCLR 16(c)]. | Mon 01/28/2008 | |
| DEADLINE for Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLR 16(a)(4)]. | Mon 02/04/2008 | |
| DEADLINE to file Joint Confirmation of Trial Readiness [See KCLR 16(a)(2)] | Mon 02/04/2008 | ★ |
| DEADLINE for Hearing Dispositive Pretrial Motions [See KCLR 56; CR 56]. | Mon 02/11/2008 | |
| Joint Statement of Evidence [See KCLR 16(a)(5)]. | Tue 02/19/2008 | ★ |
| Trial Date [See KCLR 40]. | Mon 02/25/2008 | |

### III. ORDER

Pursuant to King County Local Rule 4 [KCLR 4], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this Order Setting Civil Case Schedule and attachment on all other parties.

DATED:   09/06/2006

PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

*READ THIS ORDER PRIOR TO CONTACTING YOUR ASSIGNED JUDGE*

This case is assigned to the Superior Court Judge whose name appears in the caption of this *Schedule*. The assigned Superior Court Judge will preside over and manage this case for all pre-trial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

The following procedures hereafter apply to the processing of this case:

**APPLICABLE RULES:**

a. Except as specifically modified below, all the provisions of King County Local Rules 4 through-26 shall apply to the processing of civil cases before Superior Court Judges.

**CASE SCHEDULE AND REQUIREMENTS:**

A. Show Cause Hearing: A Show Cause Hearing will be held before the Chief Civil/Chief RJC judge if the case does not have confirmation of service on all parties, answers to all claims, crossclaims, or counterclaims as well as the confirmation of joinder or statement of arbitrability filed before the deadline in the attached case schedule. All parties will receive an *Order to Show Cause* that will set a specific date and time for the hearing. Parties and/or counsel who are required to attend will be named in the order.

B. Pretrial Order: An order directing completion of a Joint Confirmation of Trial Readiness Report will be mailed to all parties approximately six (6) weeks before trial. **This order will contain deadline dates for the pretrial events listed in King County Local Rule 16:**

1) Settlement/Mediation/ADR Requirement;
2) Exchange of Exhibit Lists;
3) Date for Exhibits to be available for review;
4) Deadline for disclosure of witnesses;
5) Deadline for filing Joint Statement of Evidence;
6) Trial submissions, such as briefs, Joint Statement of Evidence, jury instructions;
7) voir dire questions, etc;
8) Use of depositions at trial;
9) Deadlines for nondispositive motions;
10) Deadline to submit exhibits and procedures to be followed with respect to exhibits;
11) Witnesses -- identity, number, testimony;

C. Joint Confirmation regarding Trial Readiness Report: No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g. interpreters, equipment), etc. If parties wish to request a CR 16 conference, they must contact the assigned court.

Plaintiff/petitioner's counsel is responsible for contacting the other parties regarding said report.

D. Settlement/Mediation/ADR:

**1) Forty five (45) days before the Trial Date,** counsel for plaintiff shall submit a written settlement demand. Ten (10) days after receiving plaintiff's written demand, counsel for defendant shall respond (with a counteroffer, if appropriate).

**2) Twenty eight (28) days before the Trial Date,** a settlement/mediation/ADR conference shall have been held. **FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.**

E. Trial: Trial is scheduled for 9:00 a.m. on the date on the *Schedule or as soon thereafter as convened by the court.* The Friday before trial, the parties should access the King County Superior Court website at www.metrokc.gov/kcsc to confirm trial judge assignment. Information can also be obtained by calling (206) 205-5984.

MOTIONS PROCEDURES:

## A. Noting of Motions

Dispositive Motions: All Summary Judgment or other motions that dispose of the case in whole or in part will be heard with oral argument before the assigned judge. The moving party must arrange with the courts a date and time for the hearing, consistent with the court rules. King County Local Rule 7 and King County Local Rule 56 govern procedures for all summary judgment or other motions that dispose of the case in whole or in part. The local rules can be found at www.metrokc.gov/kcscc.

Nondispositive Motions: These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the *Note for Motion* should state "Without Oral Argument." King County Local Rule 7 governs these motions, which include discovery motions. The local rules can be found at www.metrokc.gov/kcscc.

Motions in Family Law Cases not involving children: Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions Calendar. King County Local Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.metrokc.gov/kcscc.

Emergency Motions: Emergency motions will be allowed only upon entry of an *Order Shortening Time*. However, emergency discovery disputes may be addressed by telephone call, and without written motion, if the judge approves.

Filing of Documents All original documents must be filed with the Clerk's Office. *The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge.* The assigned judge's working copy must be delivered to his/her courtroom or to the judges' mailroom. Do not file working copies with the Motions Coordinator, except those motions to be heard on the Family Law Motions Calendar, in which case the working copies should be filed with the Family Law Motions Coordinator.

Original Proposed Order: Each of the parties must include in the working copy materials submitted on any motion an original proposed order sustaining his/her side of the argument. Should any party desire a copy of the order as signed and filed by the judge, a preaddressed, stamped envelope shall accompany the proposed order.

Presentation of Orders: All orders, agreed or otherwise, must be presented to the assigned judge. If that judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the assigned judge or in the Ex Parte Department. Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. If final orders and/or formal proof are entered in the Ex Parte Department, counsel is responsible for providing the assigned judge with a copy.

C. Form: Memoranda/briefs for matters heard by the assigned judge may not exceed twenty four (24) pages for dispositive motions and twelve (12) pages for nondispositive motions, unless the assigned judge permits over-length memoranda/briefs in advance of filing. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

IT IS SO ORDERED. FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS. PLAINTIFF/PETITIONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.

**PRESIDING JUDGE**

**Exhibit 3**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

FILED
06 SEP 20 AM 10: 07
KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

RALPH J BLAISDELL AND LYNN M
BLAISDELL, HUSBAND AND WIFE
                    Plaintiff/Petitioner

vs.

R SMITH (WHOSE TRUE CHRISTIAN NAME IF
CURRENTLY UNKNOWN), AND JANE DOE
SMITH (WHOSE TRUE CHRISTIAN NAME IS
CURRENTLY UNKNOWN, HUSBAND AND WIFE
AND THE MARITAL COMMUNITY THEREOF
COMPOSED); ET AL.,
                    Defendant/Respondent

Cause #:  06-2-29180-8
          KNT

Declaration of Service of:

SUMMONS AND COMPLAINT FOR DAMAGES - POLICE
MISCONDUCT; ORDER SETTING CIVIL CASE SCHEDULE;
CASE COVER SHEET;

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 18 2006 10:17AM at the address of 600 4TH AVE 7TH FLOOR SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon CITY OF SEATTLE, A MUNICIPAL CORPORATION by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SHAREE PIERCE, SECRETARY IN THE OFFICE OF THE MAYOR, AS DIRECTED.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 19, 2006 at Seattle, WA

by _____
            J. Bradford

Service Fee Total: $   49.85

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3571366

**ORIGINAL**
**PROOF OF SERVICE**
Page 1 of 1

Van Siclen, Stocks & Firkins
721 45th St NE
Auburn, WA  98002
253 859-8899

RECEIVED
KING COUNTY, WASHINGTON

SEP - 6 2006

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

CONFORM...
RETUR...RECEIVED
KING COUNTY, WASHINGTON

SEP - 6 2006

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| RALPH J. BLAISDELL and LYNN M. BLAISDELL, husband and wife, | No. 06-2-29180-8 KNT |
| Plaintiffs, | SUMMONS |
| Vs. | |
| R. SMITH (whose true Christian name is currently unknown), and JANE DOE SMITH (whose true Christian name is currently unknown, husband and wife and the marital community thereof composed); and CITY OF SEATTLE, A Municipal Corporation. | |
| Defendants. | |

TO THE DEFENDANT:

A lawsuit has been started against you in the above-entitled court by the Plaintiff through his attorney, Robert C. Van Siclen of Van Siclen, Stocks & Firkins. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the

SUMMONS
Page 1
F/clients/Blaisdell/Summons



VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899

**Exhibit 4**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

FILED

06 SEP 26 AM 9:33

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| RALPH J. BLAISDELL AND LYNN M. BLAISDELL, HUSBAND AND WIFE<br><br>　　　　　　　　　Plaintiff/Petitioner | Cause #:　06-2-29180-8<br>　　　　　　　KNT<br><br>Declaration of Service of: |
| vs.<br>R. SMITH (WHOSE TRUE CHRISTIAN NAME IS CURRENTLY UNKNOWN) AND JANE DOE SMITH (WHOSE TRUE CHRISTIAN NAME IS CURRENTLY UNKNOWN, HUSBAND AND WIFE AND THE MARITAL COMMUNITY THEREOF COMPOSED), ET AL.,<br>　　　　　　　Defendant/Respondent | SUMMONS AND COMPLAINT FOR DAMAGES POLICE MISCONDUCT; ORDER SETTING CIVIL CASE SCHEDULE; CASE INFORMATION COVER SHEET<br><br><br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 21 2006  2:10PM  at the address of 1513 12th AVE ,SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon R SMITH  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with R SMITH WTNI RON SMITH .

No information was provided that indicates that the subjects served are members of the U.S. military.


I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: September 25, 2006 at Seattle, WA

by _____
　　　　C. Legge　　9202901

Service Fee Total: $　111.55

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3571357

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

Van Siclen, Stocks & Firkins
721 45th St NE
Auburn, WA　98002
253 859-8899

RECEIVED
KING COUNTY, WASHINGTON

SEP - 6 2006

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION



RECEIVED
KING COUNTY, WASHINGTON

SEP - 6 2006

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

RALPH J. BLAISDELL and LYNN M.
BLAISDELL, husband and wife,

Plaintiffs,

Vs.

R. SMITH (whose true Christian name is
currently unknown), and JANE DOE SMITH
(whose true Christian name is currently
unknown, husband and wife and the marital
community thereof composed); and CITY OF
SEATTLE, A Municipal Corporation.

Defendants.

No. 06-2-29180-8 KNT

SUMMONS

TO THE DEFENDANT:

A lawsuit has been started against you in the above-entitled court by

the Plaintiff through his attorney, Robert C. Van Siclen of Van Siclen,

Stocks & Firkins. Plaintiff's claims are stated in the written Complaint, a

copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the

Complaint by stating your defense in writing, and serve a copy upon the

SUMMONS
Page 1
F/clients/Blaisdell/Summons



VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899

**Exhibit 5**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

The Honorable Michael Heavey

SUPERIOR COURT OF WASHINGTON
IN AND FOR COUNTY

RALPH AND LYNN BLAISDELL,

         Plaintiffs,

    v.

R. SMITH and JANE DOE SMITH,
husband and wife and the marital
community thereof composed and CITY OF
SEATTLE, a municipal corporation,

         Defendants.

NO. 06-2-29180-8KNT

NOTICE OF APPEARANCE ON
BEHALF OF DEFENDANT CITY
OF SEATTLE

**[CLERK'S ACTION REQUIRED]**

TO:       The Clerk of the Above-Entitled Court

AND TO:    All parties and their counsel of record

      YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that defendant CITY

OF SEATTLE hereby appears in the above-entitled action without waiving the questions

of:

     1.    Lack of jurisdiction over the subject matter;

     2.    Lack of jurisdiction over the person;

     3.    Improper venue;

     4.    Insufficiency of process;

     5.    Insufficiency of service of process;

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1    6.    Failure to state a claim upon which relief may be granted; and

2    7.    Failure to join a party under Rule 19.

3    YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein,

4    excepting original process, shall be served upon the undersigned attorneys at the address

5    stated below.

6    DATED this 26th day of September, 2006.

7                                    STAFFORD FREY COOPER

8

9

        By: _____
10           Stephen P. Larson, WSBA #4959
             Tobin E. Dale, WSBA #29595
11           Attorneys for Defendant City of Seattle

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT CITY OF SEATTLE- 2
3019-New

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
801 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1

## Certificate of Service

2       The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in

3   the manner noted below a copy of this document entitled **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT SEATTLE OF SEATTLE** on the following individual:

4   Robert C. Van Siclen, WSBA #4417
Van Siclen, Stocks & Firkins

5   721 – 45th Street N.E.
Auburn, WA  98002-1381

6   253/859-8899
FAX: 866/947-4560

7   E-MAIL: **rvansiclen@vansiclen.com**

8   [ ]  Via Facsimile
[X]  Via First Class Mail

9   [ ]  Via Messenger

10       DATED this 26th day of September, 2006, at Seattle, Washington.

11

12   *Dori M. Mashburn*

13   Dori M. Mashburn
Paralegal to Stephen Larson, Anne
Bremner and Ted Buck

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT CITY OF SEATTLE- 3
3019-New

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

**Exhibit 6**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

FILED

06 SEP 28 AM 9:55

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

RALPH J. BLAISDELL and LYNN M.
BLAISDELL, husband and wife,

          Plaintiffs,

Vs.

R. SMITH (whose true Christian name is
currently unknown), and JANE DOE SMITH
(whose true Christian name is currently
unknown, husband and wife and the marital
community thereof composed); and CITY OF
SEATTLE, A Municipal Corporation.

          Defendants.

NO. 06-2-29180-8 KNT

**CONFIRMATION OF SERVICE**

[X]   All the named Defendants have been served or have waived service. (Check if appropriate; otherwise, check the box below.)

[ ]   One of more named Defendants have not yet been served. (If this box is checked, the following information must also be provided.)

The following Defendants have been served or have waived service:

      The City of Seattle, a municipal corporation was served with summons, complaint, order setting case schedule and case cover sheet by serving Sharee Pierce, Secretary in the Office of the Mayor by ABC Legal Services, Inc., certified process server J. Bradford on September 18, 2006 at 10:17 a.m. at 600 4th Avenue, 7th Floor, Seattle, King County, Washington. A Declaration of Service was filed with the court regarding the same.

CONFIRMATION OF SERVICE
Page 1
F/clients/Blaisdell/Pleadings/ConfirmationService

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA  98002-1381
(253) 859-8899

ORIGINAL

1

2            R. Smith (a/k/a Ron Smith, badge number 5937), Officer for the City of Seattle

3       Municipal Police Department was served with the summons, complaint, order setting

        case schedule and case information cover sheet by ABC Legal Services, Inc., certified

4       process server C. Legge on September 21, 2006 at 2:10 p.m. at 1513 12th Avenue,

5       Seattle, King County, Washington.  A Declaration of Service was filed with the court

        regarding the same.

6       Reasons why service has not been obtained:

7

8            Does not apply.

9       How service will be obtained:

10           Does not apply.

11

12      Date by which service is expected to be obtained.

13           Does not apply.

14      There are no other named defendants remaining to be served.

15

16           DATED this 26th day of September, 2006.

17                        VAN SICLEN, STOCKS & FIRKINS

18

19

20                        John S. Stocks, WSBA#21165

                          Attorneys for Plaintiff

21

22

23

24

25

26

27

28

29

30      CONFIRMATION OF SERVICE
        Page 2
        F/clients/Blaisdell/Pleadings/ConfirmationService

                           VAN SICLEN, STOCKS & FIRKINS
                              A Professional Service Corporation
                                721 45th Street NE
                                Auburn, WA  98002-1381
                                (253) 859-8899

**Exhibit 7**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

1          The Honorable Michael Heavey

2

3

4

5

6                    SUPERIOR COURT OF WASHINGTON
7                        IN AND FOR KING COUNTY

8    RALPH AND LYNN BLAISDELL,              NO. 06-2-29180-8KNT

9                Plaintiffs,                NOTICE OF APPEARANCE ON
          v.                                BEHALF OF DEFENDANT
10                                          OFFICER RON SMITH
     R. SMITH and JANE DOE SMITH,
     husband and wife and the marital
11   community thereof composed and CITY OF [CLERK'S ACTION REQUIRED]
     SEATTLE, a municipal corporation,
12
                    Defendants.
13

14   TO:       The Clerk of the Above-Entitled Court

15   AND TO:   All parties and their counsel of record

16          YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that defendant RON

17   SMITH, a Seattle Police Department officer, hereby appears in the above-entitled action

18   without waiving the questions of:

19        1.    Lack of jurisdiction over the subject matter;

20        2.    Lack of jurisdiction over the person;

21        3.    Improper venue;

22        4.    Insufficiency of process;

23        5.    Insufficiency of service of process;

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT OFFICER RON SMITH- 1
3019-28332

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885

1    6.    Failure to state a claim upon which relief may be granted; and

2    7.    Failure to join a party under Rule 19.

3        YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein,

4    excepting original process, shall be served upon the undersigned attorneys at the address

5    stated below.

6        DATED this 2nd day of October, 2006.

7                              STAFFORD FREY COOPER

8

9                    By:

10                           Stephen P. Larson, WSBA #4959
                             Tobin E. Dale, WSBA #29595
11                           Attorneys for Defendant City of Seattle

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT OFFICER RON SMITH- 2
3015-28332

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1

### Certificate of Service

2        The undersigned certifies under the penalty of perjury according to the laws of
the United States and the State of Washington that on this date I caused to be served in
3    the manner noted below a copy of this document entitled **NOTICE OF APPEARANCE
ON BEHALF OF DEFENDANT SEATTLE OF SEATTLE** on the following individual:

4    Robert C. Van Siclen, WSBA #4417
     John S. Stocks, WSBA #21165
5    Van Siclen, Stocks & Firkins
     721 – 45th Street N.E.
6    Auburn, WA  98002-1381
     253/859-8899
7    FAX: 866/947-4560
     E-MAIL: **rvansiclen@vansiclen.com**

8
     [ ]  Via Facsimile
9    [X]  Via First Class Mail
     [ ]  Via Messenger

10

        DATED this 2nd day of October, 2006, at Seattle, Washington.
11

12                                                                 Dori M. Mashburn

13                                              Dori M. Mashburn
                                                Paralegal to Stephen Larson, Anne
14                                              Bremner and Ted Buck

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT OFFICER RON SMITH- 3
3019-28332

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.8865

**Exhibit 8**
Verification of State Court Records
Blaisdell v. City of Seattle, et al.

## LexisNexis· CourtLink·

### Welcome Dori Sutton!

My CourtLink  ⁀ Search  ⁀ Dockets & Documents  ⁀ Track  ⁀ Alert  ⁀ Strategic Profiles  ⁀ My Account

🔍 Search > Docket Search > Blaisdell et Ano VS Smith et Ano - Civil

[ New Docket Search ]    [ Search in Same Court ]

#### Docket Tools

| Get Updated Docket | Track Docket Activity | Search For Similar | Set Alert for Similar Dockets |

This docket was retrieved from the court on 10/2/2006

CourtLink can alert you when there is new activity in this case

Start a new search based on the characteristics of this case

CourtLink alerts you when there are new cases that match characteristics of this case

[Email th
[Printer f

Order Documents from CourtLink's nationwide document retrieval service.
- Or - Call 1.866.540.8818.

**Docket**

---

# Washington Superior Courts

## WA Superior - King

## 06-2-29180-8

## Blaisdell et Ano VS Smith et Ano - Civil

This case was retrieved from the court on Monday, October 02, 2006

---

### Header

**Case Number:** 06-2-29180-8
**Date Filed:** 09/06/2006
**Date Full Case Retrieved:** 10/02/2006
[Summary] [Names] [Docket] [Accounting] [Judgments] [Schedule]

### Summary

**Judge:** 20
**Cause/Class:** Tort-Other
**Judgment:** No
**Status:** Active                    **Date:** 09/06/06

### Names

**Connection / Litigant Name**

Plaintiff #1
Blaisdell, Ralph J
Plaintiff #2
Blaisdell, Lynn M
Defendant #1
Smith, R
Defendant #2
Seattle City of
Attorney #1 - Plaintiff/Petitioner
Van Siclen, Robert Craig
Bar# 04417
Attorney #2 - Plaintiff/Petitioner
Stocks, John
Bar# 21165
Attorney #1 for Defendant #2
Larson, Stephen Powell
Bar# 04959
Attorney #2 for Defendant #2
Dale, Tobin E
Bar# 29595

## Docket

| Sub # | Date | Description | Secondary |
|-------|------|-------------|-----------|
| 1 | 09/06/06 | Summons & Complaint | |
| 2 | 09/06/06 | Set Case Schedule | 02/25/08ST |
|   |          | Judge Michael J. Heavey, Dept 20 | |
| 3 | 09/06/06 | Case Information Cover Sheet | |
|   |          | Original Location - Kent | |
| 4 | 09/20/06 | Affidavit/Dclr/Cert of Service | |
| 5 | 09/26/06 | Affidavit/Dclr/Cert of Service | |
| 6 | 09/27/06 | Notice of Appearance /Seattle | |

## Accounting

## No Information is Available for this case

## Judgments

## No Information is Available for this case

## Schedule

| Imposed | Event | Due | Comple |
|---------|-------|-----|--------|
| Track | Civil Track - Normal Effective: 09/06/2006 | | |

| 09/06/06 | Affidavit / Confirmation of Service | 10/04/06 |
| 09/06/06 | Deadline to File Stmt Arbitrability | 02/14/07 |
| 09/06/06 | Confirmation of Joinder | 02/14/07 |
| 09/06/06 | Deadline to Transfer CT Proceedings | 02/28/07 |
| 09/06/06 | Status Conference | 02/28/07 |
| 09/06/06 | Disclosure Poss Primary Witnesses | 09/24/07 |
| 09/06/06 | Joint Status Report | |
| 09/06/06 | Disclosure Poss Rebuttal Witnesses | 11/05/07 |
| 09/06/06 | Deadline to File Jury Demand | 11/19/07 |
| 09/06/06 | Final Date to Change Trial | 11/19/07 |
| 09/06/06 | Discovery Cutoff | 01/07/08 |
| 09/06/06 | Exchange Witness/Exhibit Lists | 02/04/08 |
| 09/06/06 | Dispositive Pretrial Motions | 02/11/08 |
| 09/06/06 | Deadline to Comply With Adr | |
| 09/06/06 | Joint Statement of Evidence | 02/19/08 |
| 09/06/06 | Scheduled Trial Date | 02/25/08 |

**Need a better solution for receiving and sending service in your cases? Get more control over managing of your cases and reduce associated overhead with LexisNexis File & Serve E-Service. Getting started 1.800.869.1910 or click here.**

New Docket Search      Search in Same Court

Pricing    Privacy    Master Services Agreement

Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.